STATE OF NORTH CAROLINA v. NATHAN HARRIS

No. 7526SC464

(Filed 5 November 1975)

APPEAL by defendant from *Falls, Judge.* Judgment entered 15. April 1975 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 22 September 1975.

*Attorney General Edmisten by Assistant Attorney General Myron C. Banks for the State.*

*Whitfield, McNeely, Norwood and Badger by Paul L. Whitfield for defendant appellant.*

BRITT, PARKER and CLARK, Judges.

No error.